UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,   )
                            )
                            )   No.   18 CR 284-1
v.                          )
                            )   Judge Edmond E. Chang
                            )
                            )

Christopher Henderson,

ORDER

Change of plea hearing held. Defendant is in custody and appeared in court with the assistance of counsel. Based on a written agreement with the government, Defendant entered a plea of guilty to Counts One, Four, and Five of the indictment. The Court found that Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows the rights Defendant is waiving by pleading and entering the plea voluntarily, and there is a factual basis for the plea. The Court accepted Defendant's plea of guilty to Counts One, Four, and Five of the indictment. The case is referred to the Probation Office for preparation of the presentence report. As required by Local Rule 32.1(e), the government shall submit its version by 04/19/2019. Defendant must submit his version by 04/26/2019. Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 07/02/2019. Any cross-responses to be filed by 07/09/2019. Sentencing set for 07/16/2019 at 10:30 a.m. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770, 779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. The parties are alerted that the Court sets aside both substantial in advance preparation time and substantial in-court time for sentencing hearings, and in light of the Court's crowded trial and sentencing calendar, the dates of sentencing hearings are firmly set. Any motion to continue a sentencing must be made in writing, well in advance of sentencing, and must expressly set forth good cause for a continuance.

s/Edmond E. Chang

_____

Honorable Edmond E. Chang
United States District Judg

April 5, 2019
0:15