# Exhibit A

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | T20170114748 | Glock .45 cal #XDP049 | 12/23/2016 | Westchester PD# 17-4186 | Unknown | ROI# 48 | Receipt/ Cell Site/ Tolls | $500 |
| 1 | T20170333676 | S&W 9mm #HUB8197 | 9/11/2017 | CCSPD # 17-307069 | Unknown | ROI# 136 | HENDERSON ID | $300 |
| 1 | T20170310562 | Taurus 9mm #TKO33247 | Summer 2017 | RD# JA333620 | Negative | ROI# 232, KY ROI# 1 | HENDERSON ID | $400 |
| 1 | T20180102486 | Taurus 9mm #SKR73864 | Summer 2017 | RD# JB130545 | 2018-343 | ROI# 232, KY ROI# 1 | Tolls via "Lucky" | $400 |
| 1 | T20160358650 | Glock 9mm #VHR891 | 9/14/2016 | RD# HZ515548 | Negative | ROI# 32 | Cell Site | $450 |
| 1 | T20170182438 | Taurus 9mm # TJU94622 | 2/16/2017 | RD# JA226920 | Negative | ROI# 1 | Receipt/email/cell site/HENDERSON ID/ Challenger ID | $240 |
| 1 | T20170135341 | Anderson 5.56 cal. #16112293 | 2/16/2017 | RD# JA204212 | Negative | KY ROI# 17 | HENDERSON ID/ Challenger ID/ Email | $650 |
| 1 | Suspect Guns | Glock .40 cal. #VVW165 | 1/16/2018 | Not recovered | Unknown | ROI# 245, 251, Exhibit #99 | HENDERSON flip phone texts/ Email | $350 |
| 1 | Suspect Guns | FN .40 cal. #GKU0073837 | 1/16/2018 | Not recovered | Unknown | ROI# 239, Exhibit #99 | HENDERSON flip phone texts/ Partial ID | $425 |
| 1 | T20170033303 | Kahr .40 Cal. #AAA0390 | 7/1/2016 | RD# HZ378361 | 2017-008 | ROI# 36 | Receipt | $450 |
| 1 | T20170202291 | Walther 9mm #FCH9601 | 5/21/2017 | RD# JA317394 | Negative | ROI# 25 | Cell site/ Email/ HENDERSON ID/ Challenger ID | $650 |
| 1 | Suspect Guns | S&W 9mm #HMK1402 | 5/21/2017 | Not recovered | Unknown | ROI# 25, 27 | Cell site/ Email/ HENDERSON ID/ Challenger ID | $650 |
| 1 | Suspect Guns | S&W .40 cal. #FWZ6009 | Summer-Fall 2016 | Not recovered | Unknown | ROI# 174 | HENDERSON DL Photo/ Tolls/ HENDERSON ID | $340 |
| 1 | Suspect Guns | Taurus unk Cal. #SIV11406 | Summer-Fall 2016 | Not recovered | Unknown | ROI# 174 | HENDERSON DL Photo/ Tolls/ HENDERSON ID | $340 |
| 1 | Suspect Guns | S&W 9mm #TJR51017 | Summer-Fall 2016 | Not recovered | Unknown | ROI# 174 | HENDERSON DL Photo/ Tolls/ HENDERSON ID | $340 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Suspect Guns | S&W Unk Cal. #FXW8780 | Summer-Fall 2016 | Not recovered | Unknown | ROI# 174 | HENDERSON DL Photo/ Tolls/ HENDERSON ID | $340 |
| 1 | Suspect Guns | Ruger .45 cal. #A15754 | Summer-Fall 2016 | Not recovered | Unknown | ROI# 174 | HENDERSON DL Photo/ Tolls/ HENDERSON ID | $340 |
| 1 | T20180050649 | Diamond Back .223 #DB1540804 | 12/14/2017 | ATF Case # 772100-18-0006 | Unknown | ROI# 164 | Email/ Tolls | $650 |
| 1 | Suspect Guns | Glock .40 #KEB655 | 6/2017 | Not recovered | Unknown | ROI# 62, 151 | Tolls w/ HENDERSON/ WRIGHT Facebook pic | $450 |
| 1 | Suspect Guns | Sig Sauer 9mm #24B247402 | 5/21/2017 | Not recovered | Unknown | ROI# 16 | Cell Site/ Receipt Alias/ Charger ID/ Texts | $400 |
| 1 | T20170193556 | Taurus 9mm #TJX31916 | 5/28/2017 | RD# JA300264 | Negative | ROI# 16 | Cell Site/ Receipt Alias/ Charger ID/ Texts | $220 |
| 1 | Suspect Guns | S&W 9mm #LDN9745 | 5/27/2017 | Not recovered | Unknown | KY ROI# 37 | Receipt/ Challenger ID/ HENDERSON description/ Pinger 4898 | $300 |
| 1 | Unknown | Unknown Make/ Model/ Caliber | 5/6/2017 | Unknown | Unknown | ROI# 71 | Cell Site/ Tolls/ Partial ID HENDERSON | $300 |
| 1 | T20170127890 | Sig Sauer 9mm #24B069365 | 9/28/2016 | CCSPD# 17-108932 | Unknown | ROI# 84, 85 | Receipt to HENDERSON/ Tolls | $400 |
| 1 | Suspect Guns | Springfield .45 #53159507 | 9/29/2016 | Not recovered | Unknown | ROI# 85 | Receipt to HENDERSON/ Tolls | $500 |
| 1 | T20170349687 | Springfield .45 #S3298666 | 5/17/2017 | RD# JA460674 | Negative | ROI# 209 | HENDERSON ID/ PHILLIPS ID/ Challenger ID/ Tolls/ Cell Site | $500 |
| 1 | Suspect Guns | Glock .40 cal. #ABKU466 | 7/17/2017 | Not recovered | Unknown | ROI# 209 | HENDERSON ID/ PHILLIPS ID/ Challenger ID/ Tolls/ Cell Site | $450 |
| 1 | Suspect Guns | Glock 10mm #BDGC018 | 5/6/2017 | Not recovered | Unknown | ROI# 224 | HENDERSON Photo ID/ Tolls/ Challenger ID/ Cell Site | $500 |
| 3 | Unknown | Keltec/ Sig Sauer/ Springfield | 5/6/2017 | Unknown | Unknown | ROI# 224 | Viewed by GIBSON inside HENDERSON's trunk at time of sale | $1,000 |
| 1 | T20170094422 | Glock 9mm #XUW955 | 5/21/2016 | RD# HZ536547 | 2017-514 | ROI# 5 | Cell Site | $450 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | T20170393116 | S&W 9mm #FZB2353 | 11/9/2017 | Hillside PD # 17-3754 | Unknown | ROI# 112, 113 | Cell Site/ Receipt/ Email/ Nissan ID/ HENDERSON ID/ Walmart video | $350 |
| 1 | T20170260342 | Glock 9mm #BBKN746 | 1/2017 | RD# JA320035 | Negative | ROI# 81 | Cell Site/ HENDERSON ID, Challenger ID/ Email | $425 |
| 1 | T20170259020 | Glock .40 cal. #ZBH639 | 7/8/2016 | Cicero PD #16-13789 | Unknown | ROI# 96 | HENDERSON Arrest by Cicero PD | $450 |
| 9 | Unknown | 4 Glock, 1 FN, 1 Taurus, 1 S&W, 2 unk pistols | 10/9/2017 | Page 423 | Unknown | Facebook | HENDERSON to WRIGHT: 800 = (Glocks), (Misc.) = 650, FN = 2200 | $8,000 |
| 10 | Unknown | 1 AR pistol, 1 Glock w/ ext, 2 Rugers, 6 Unk pistols | 8/14/2017 | Page 436 | Unknown | Facebook | HENDERSON to WRIGHT | $7,600 |
| 2 | Unknown | 1 Glock, 1 Kel-Tec | 8/9/2017 | Page 467 | Unknown | Facebook | HENDERSON to WRIGHT | $1,300 |
| 8 | Unknown | 1 AR Pistol, 1 Glock w/ ext, 4 unknown pistols, 2 desert eagles | 7/26/2017 | Page 493, 508, 509 | Unknown | Facebook | HENDERSON to WRIGHT | $6,800 |
| 1 | Unknown | 1 Draco | 7/18/2017 | Page 513, 512 | Unknown | Facebook | HENDERSON to WRIGHT. Fully automatic Draco | $2,500 |
| 1 | Unknown | 1 Glock w/ ext mag | 7/14/2017 | Page 515, 519 | Unknown | Facebook | WRIGHT inquiring HENDERSON. HENDERSON gives price | $850 |
| 7 | Unknown | 3 Glock, 1 Ruger, 1 Taurus, 2 unk pistols | 7/13/2017 | Page 525 | Unknown | Facebook | HENDERSON to WRIGHT | $2,600 |
| 5 | Unknown | 1 Draco, 1 Ruger, 1 S&W, 2 Taurus | 7/3/2017 | Page 548, 549 | Unknown | Facebook | HENDERSON to WRIGHT. Micro Draco = 2200, 700, 650 | $4,850 |
| 3 | Unknown | 1 .40 cal Glock, 1 9mm Glock | 7/1/2017 | Page 550, 551, 552 | Unknown | Facebook | HENDERSON to WRIGHT. 850 = per Glock | $2,550 |
| 13 | Unknown | 2 Dracos, 1 AR pistol, 10 pistols | 6/14/2017 | Page 594 | Unknown | Facebook | HENDERSON to WRIGHT | $12,000 |
| 17 | Unknown | 1 Tec 9, 16 various pistols | 5/29/2017 | Page 613, 614 | Unknown | Facebook | HENDERSON to WRIGHT. "Go to work" | $11,000 |
| 11 | Unknown | 2 Dracos, 9 various pistols | 5/18/2017 | Page 655 | Unknown | Facebook | HENDERSON to WRIGHT | $10,250 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 5 | Unknown | 1 Glock w/ drum, 1 .40 cal. Springfield XD, 1 Draco, 2 AR Pistols | 5/5/2017 | Page 678, 679 | Unknown | Facebook | HENDERSON to WRIGHT. 1300 = Glock, Springfield = 700, Draco = 2K, AR = 1500, AR = 1K | $6,500 |
| 4 | Unknown | 3 AR pistols, 1 AR pistol w/ bump stock | 4/10/2017 | Page 723 | Unknown | Facebook | HENDERSON to WRIGHT | $4,500 |
| 2 | Unknown | 2 Micro Dracos | 4/10/2017 | Page 724, 725 | Unknown | Facebook | HENDERSON to WRIGHT | $5,000 |
| 6 | Unknown | 6 various pistols | 4/10/2017 | Page 729 | Unknown | Facebook | HENDERSON to WRIGHT | $3,900 |
| 1 | Unknown | Draco | 4/8/2017 | Page 733 | Unknown | Facebook | HENDERSON to WRIGHT | $1,700 |
| 8 | Unknown | 8 various pistols | 4/4/2017 | Page 737 | Unknown | Facebook | HENDERSON to WRIGHT | $5,200 |
| 2 | Unknown | 2 Glock .40 cal. Pistols | 4/3/2017 | Page 742, 744 | Unknown | Facebook | HENDERSON to WRIGHT | $1,400 |
| 29 | Unknown | 2 AR Pistols, 19 Glocks, 6 Taurus, 2 S&W | 3/26/2017 | Page 751 | Unknown | Facebook | HENDERSON to WRIGHT | $21,700 |
| 8 | Unknown | 8 various pistols | 3/8/2017 | Page 833 | Unknown | Facebook | HENDERSON to WRIGHT | $5,200 |
| 5 | Unknown | 3 Glocks w/ext, 1 Diamond Back, 1 unk pistol | 3/4/2017 | Page 847, 849 | Unknown | Facebook | HENDERSON to WRIGHT. Glocks = 750, 650, and 600 | $3,500 |
| 12 | Unknown | 1 Draco, 6 Glocks w/ ext, 5 various pistols | 3/1/2017 | Page 854 | Unknown | Facebook | HENDERSON to WRIGHT | $9,450 |
| 1 | Unknown | 1 Draco | 3/1/2017 | Page 855 | Unknown | Facebook | HENDERSON to WRIGHT | $1,700 |
| 17 | Unknown | 3 AR pistols, 14 various pistols | 2/22/2017 | Page 1003, 1004 | Unknown | Facebook | HENDERSON to WRIGHT. 650/ 7 handguns, 1800 AR | $14,850 |
| 1 | Unknown | 1 AR Rifle | 1/31/2017 | Page 1005 | Unknown | Facebook | HENDERSON to WRIGHT | $1,500 |
| 2 | Unknown | 1 Diamond Back AR Pistol, 1 Uzi | 1/27/2017 | Page 1015 | Unknown | Facebook | HENDERSON to WRIGHT | $2,500 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 3 | Unknown | 2 .40 cal pistol, 1 .45 cal. Pistol | 1/13/2017 | Page 1040, 1041 | Unknown | Facebook | HENDERSON to WRIGHT. 650, 650, 700 | $2,000 |
| 2 | Unknown | 1 Taurus w/ ext mag, 1 unk pisol | 12/18/2016 | Page 1924, 1925 | Unknown | Facebook | HENDERSON to "Jonathan." 700 for gun w/ ext. mag | $1,350 |
| 1 | Suspect Guns | Shooters Arms .45 cal. #ML115210 | 7/1/2016 | Not recovered | Unknown | KY ROI# 4 | Self Purchase/ ATF Form 4473/ Multiple Purchase | $500 |
| 8 | Unknown | 2 Rugers, 2 Taurus, 1 S&W, 3 Unk pistols | 8/9/2017 | Page 465 | Unknown | Facebook | HENDERSON to WRIGHT | $5,200 |
| 2 | Unknown | 1 Draco/ 1 Glock | 7/22/2017 | Page 500,501 | Unknown | Facebook | HENDERSON to WRIGHT, Draco = 1800, Glock = 800 | $2,600 |
| 1 | Unknown | 1 Draco | 7/20/2017 | Page 506, 507 | Unknown | Facebook | HENDERSON to WRIGHT | $1,700 |
| 1 | Unknown | 1 Canik | 7/14/2017 | Page 515, 517 | Unknown | Facebook | WRIGHT inquiring HENDERSON. HENDERSON gives price | $700 |
| 19 | Unknown | 2 Dracos, 17 various pistols | 5/23/2017 | Page 625 | Unknown | Facebook | HENDERSON to WRIGHT | $15,450 |
| 1 | Unknown | Walther .40 cal. pistol | 5/1/2017 | Page 690 | Unknown | Facebook | HENDERSON to WRIGHT | $700 |
| 2 | Unknown | 2 pistols w/ ext mags | 4/10/2017 | Page 727 | Unknown | Facebook | HENDERSON to WRIGHT | $1,400 |
| 1 | Unknown | 1 unknown pistol | 2/27/2017 | Page 857 | Unknown | Facebook | HENDERSON to WRIGHT | $550 |
| 2 | Unknown | 1 Ruger, 1 Taurus 9mm | 2/17/2017 | Page 881 | Unknown | Facebook | HENDERSON to WRIGHT | $1,300 |
| 2 | Unknown | 1 Glock w/ ext, 1 S&W 9mm pistol | 2/5/2017 | Page 995, 996 | Unknown | Facebook | HENDERSON to WRIGHT. HENDERSON had the S&W for 650 left. Bullet proof vest in background | $1,400 |
| 19 | Unknown | 2 AR Pistols, 2 Dracos, 1 Tec 9, 14 various pistols | 1/27/2017 | Page 1010, 1011 | Unknown | Facebook | HENDERSON to WRIGHT | $17,550 |
| 5 | Unknown | 1 Draco w/ flash suppressor, 3 Rugers, 1 Glock, 3 ext. mags | 1/27/2017 | Page 1026, 1027 | Unknown | Facebook | HENDERSON to WRIGHT. 1600, 650, 700, 700, 750 | $4,400 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 8 | Unknown | 3 Glocks, 2 S&W, 3 various pistols | 3/10/2017 | Page 1889, 1890 | Unknown | Facebook | HENDERSON to "Jonathan." 700 glocks, 650 other | $7,450 |
| 1 | Suspect Guns | Diamondback 9mm #FA3162 | 7/1/2016 | Not recovered | Unknown | KY ROI #4 | Self Purchase/ ATF Form 4473/ Multiple Purchase | $425 |
| 1 | T20170110445 | S&W 9mm #FXX0684 | 7/8/2016 | RD# JA162613 | 2016-722 | KY ROI# 4 | Self Purchase/ ATF Form 4473 | $325 |
| 1 | T20180110139 | Glock .40 cal. # AAFH542 | 8/24/2017 | 772100-17-0005 | Unknown | ROI# 34 | Individual CP recovery | $450 |
| 1 | Unknown | Unknown Make/ Model/ Caliber | Unknown | Unknown | Unknown | ROI# 226 | WRIGHT Proffer sold by HENDERSON and brokered by WRIGHT to "De Marley" (FB) | $500 |
| 1 | Unknown | Unknown Make/ Model/ Caliber | Unknown | Unknown | Unknown | ROI# 226 | WRIGHT Proffer sold by HENDERSON and brokered by WRIGHT to "CooCoo" (FB) | $500 |
| 4 | Unkown | Unknown Make/ Model/ Caliber | Unknown | Unknown | Unknown | ROI# 226 | WRIGHT Proffer sold by Henderons and brokered by WRIGHT to "Antwan" (FB) | $2,000 |
| 1 | Unknown | Glock unknown cal/ #unknown | Unknown | Unknown | Unknown | ROI# 226 | WRIGHT Proffer sold by HENDERSON and brokered by WRIGHT to "Big C" | $500 |
| 1 | T20180189157 | Taurus 9mm #TKM61888 | 10/15/2017 | RD# JB291692 | 2018-476 | ROI# 250, 252 | Cell Site/ Tolls/ Partial ID/ Mustang ID/ Mall/ Emails | $300 |
| 1 | Suspect Guns | Taurus 9mm #TJU93745 | 10/15/2017 | Not recovered | Unknown | ROI# 250, 252 | Cell Site/ Tolls/ Partial ID/ Mustang ID/ Mall/ Emails | $225 |
| 1 | T20180017683 | Taurus 9mm #TJY92167 | Spring 2018 | Cicero PD #2018-3890 | Unknown | ROI# 173 | HENDERSON ID/ Challenger ID/ Tolls | $200 |
| 1 | T20170147865 | Glock 9mm #BBTL514 | 10/5/2016 | RD# JA216752 | 2017-261 | ROI# 29 | Cell Site | $450 |
| 1 | Unknown | Kel-Tec Sub2000 #Unknown | 10/5/2016 | Unknown | Unknown | ROI# 29 | Cell Site | $375 |
| 1 | Suspect Guns | Anderson Multi cal. #19220230 | 1/16/2018 | Not recovered | Unknown | ROI# 240, Exhibit #99 | HENDERSON flip phone texts/ Partial ID/ Red Nissan | $500 |
| 1 | T20170217621 | Taurus 9mm #TJY94022 | 3/16/2017 | RD# JA293837 | Negative | ROI# 10 | Cell Site/ HENDERSON ID | $250 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | T20170225973 | Glock 9mm #ABXP891 | 7/6/2017 | PHILLIPS recovery | Unknown | KY ROI# 18, 19 ROI# 144 | Cell Site/ Challenger ID/ HENDERSON ID/ Email/ Pinger 2869 | $450 |
| 1 | T20170273300 | Taurus 9mm #TJZ89203 | 5/27/2017 | RD# JA398764 | Negative | ROI# 61, 121 | Cell Site/ Challenger ID/ Receipt Alias/ Email/ Pinger 4898 | $250 |
| 1 | Unknown | S&W .40 Cal. #Unknown | May 2017 | Unknown | Unknown | ROI# 73 | Cell Site/ HENDERSON ID/ Challenger ID | $340 |
| 1 | T20170256556 | Glock .40 cal. #XXW390 | 5/2017 | RD# JA380817 | Negative | ROI# 73, ROI# 146 | Cell Site/ HENDERSON ID/ Challenger ID | $450 |
| 1 | Suspect Guns | Taurus .40 cal. #SGX98898 | 5/2017 | Not recovered | Unknown | ROI# 73, ROI# 146 | Cell Site/ HENDERSON ID/ Challemger ID | $250 |
| 1 | T20180282074 | Hi-Point .380 Cal. #P8122236 | May 2017 | RD# JB342820 | Negative | ROI# 73, ROI# 146 | Cell Site/ HENDERSON ID/ Challenger ID | $125 |
| 1 | Suspect Guns | Keltec .556/.223 #PBA05 | 5/25/2017 | Not recovered | Unknown | ROI# 94 | Tolls/ Partial ID HENDERSON/ Challenger ID | $500 |
| 1 | Suspect Guns | Masterpiece Arms 9mm #MPA930T | 5/25/2017 | Not recovered | Unknown | ROI# 94 | Tolls/ Partial ID HENDERSON/ Challenger ID/ WRIGHT FB serial # | $500 |
| 1 | T20170223295 | Glock .40 cal. #YUX276 | Summer 2016 | Wheaton PD 170705-0561 | Unknown | KY ROI# 28 | Email/ Henderon ID/ Challenger ID/Receipt Alias | $450 |
| 1 | T20160312735 | Khar 9mm #BAA5000 | 8/13/2016 | RD# HZ474902 | Negative | ROI# 11 | Cell Site | $300 |
| 1 | Unknown | S&W .40 cal/ #unknown | 5/8/2017 | Unknown | Unknown | Exhibit #110/ 111 | HENDERSON Iphone texts | $300 |
| 1 | T20170232101 | Glock .40 Cal. #BBFY989 | 5/6/2017 | PHILLIPS recovery | Unknown | KY ROI# 21 ROI# 137 | Cell Site/ HENDERSON ID/ Challenger ID/ Texts/ Pinger 4898 | $500 |
| 1 | T21080094153 | Anderson .556 cal. #16115302 | Unknown | RD# JB184274 | 2017-1765 | ROI# 225 | Challenger ID/ Partial ID of HENDERSON | $500 |
| 1 | T20170334009 | S&W .380 cal. #KEN6437 | 5/27/2017 | RD# JA415557 | Negative | ROI# 196 | Challenger ID/ Emails/Tolls | $300 |
| 1 | T20170390520 | Diamond Back 9mm #YF5730 | 3/2/2017 | RD# JA339113 | Negative | ROI# 226, 238 | Cell Site/ Brokered by WRIGHT to Jecorrey, Pinger 6682 | $200 |

HENDERSON TOTAL GUNS

| Number of Guns | Trace Number | Gun Description | Transfer Date | Report Number | NIBIN | Source | Notes | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Unknown | Glock .40 cal. #Unknown | 7/6/2017 | Unknown | Unknown | ROI# 72 | Tolls/ Challenger ID/ HENDERSON description- Neg ID | $450 |
| 1 | T20170401690 | Glock .40 #VCS606 | 11/10/2017 | Hillside PD #17-3807 | Unknown | ROI# 119 | Cell Site/ Text messages/ Partial ID of HENDERSON/ Walmart video/ Nissan ID | $450 |
| 1 | Suspect Guns | Springfield 9mm #GM838780 | 7/16/2017 | Not recovered | Unknown | ROI# 64 | Armslist/ Cell Site/ Receipt Alias/ Email/ Challenger ID/ HENDERSON ID | $400 |
| 1 | Unknown | Glock .40 Cal. #Unknown | 9/29/2016 | Unknown | Unknown | ROI# 130 | Email/ Cell Site/ HENDERSON ID/ Receipt/ Pinger 6682 | $450 |
| 1 | Unknown | Glock .40 Cal. #Unknown | 3/5/2017 | Unknown | Unknown | ROI# 130 | Email/ Cell Site/ HENDERSON ID/ Receipt/ Pinger 6682 | $450 |
| 1 | T20170154603 | Taurus 9mm #TJP71429 | 3/16/2017 | RD# JA253467 | 2017-648 | ROI# 2,6 | Receipt Alias/ Challenger ID/ HENDERSON ID/ Cell site | $300 |
| 1 | Unknown | Unknown Make .556 rifle #unk | 4/14/2018 | Unknown | Unknown | Exhibit #110/ 111 | HENDERSON iPhone video | $700 |
| 1 | Unknown | Unknown pistol | 4/18/2018 | Unknown | Unknown | SNAPCHAT | WHITE post. Snapchat photo of HENDERSON/ PHILLIPS/ WHITE | $500 |
| 1 | T20170341774 | Taurus 9mm #TIX36100 | 5/6/2016 | Des Plaines PD #17-15551 | Unknown | ROI# 115, 160 | HENDERSON ID/ Challenger ID/ Pinger 6682/ Texts | $250 |
| 1 | T20180114950 | Masterpiece Arms 9mm #FJ01232 | 7/8/2016 | Page 5956 | Unknown | Facebook and cell phone | Self Purchase/ ATF Form 4473 | $1,700 |
| 1 | T20170040768 | Zastava .762 #M92PV048007 | 8/19/2016 | RD# JA137277 | Negative | ROI# 86, 141 | Cell Site/ HENDERSON ID/ Challenger ID | $700 |
| 1 | T20170335836 | Glock .40 cal. #SZT069 | 8/19/2016 | Dekalb PD #17-07666 | Unknown | ROI# 114 | Text messages with Pinger 2901/ Grey Mercedes/ PHILLIPS email/ | $500 |
| **346** | | | | | | | | **$256,925** |