# Exhibit G

| Facebook Business Record | Page 639 |
|---|---|

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 14:11:53 UTC
**Body** Hurry yo ass up u ain't out nigga

**Author** Jaiqail Wright (100009377172664)
**Sent** 2017-05-18 14:11:25 UTC
**Body** Hit corner

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 14:10:51 UTC
**Body** Fuck u at

**Author** Jaiqail Wright (100009377172664)
**Sent** 2017-05-18 14:06:38 UTC
**Call Record**
**Type** phone
**Missed** false
**Duration** 18

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 14:02:45 UTC
**Body** Knw sumbdy name bri off trumble

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 14:02:28 UTC
**Call Record**
**Type** phone
**Missed** true
**Duration** 0

**Author** Jaiqail Wright (100009377172664)
**Sent** 2017-05-18 05:54:29 UTC
**Body** Yup

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 05:54:16 UTC
**Body** They BETTER COME WITH SOME MONEY

**Author** Jaiqail Wright (100009377172664)
**Sent** 2017-05-18 05:53:58 UTC
**Body** Be over in morning

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 05:52:40 UTC
**Body** No play I loose money like that durk want 1800 and three small is 700 a piece you gotta make them pay that price so WE ALL GET PAID SANE

**Author** Jaiqail Wright (100009377172664)
**Sent** 2017-05-18 05:50:22 UTC
**Body** They need some play sane do the old school work

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 05:39:17 UTC
**Body** Three small is 700 a piece that's 2100 that's 5700 altogether

**Author** Chris Henderson (100000942997252)
**Sent** 2017-05-18 05:38:33 UTC
**Body** Two bigs is 1800 that's 3600